UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 09-190 |
| v. | : | |
| | : | ORDER |
| | : | |
| ALEX NEPTUNE | : | |
| | : | |

This matter having come before the Court on the application of defendant Alex Neptune, by Lorraine Gauli-Rufo, Assistant Federal Public Defender, for an Order re-appointing the Office of the Federal Public Defenders to represent Mr. Neptune, and the Assistant United States Attorney, Michael Robertson, having no objection, and for good cause shown,

IT IS on this 22nd day of July, 2009,

ORDERED that the Office of the Federal Public Defenders, Lorraine Gauli-Rufo, Assistant Federal Public Defender, is re-appointed to represent Alex Neptune.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Court Judge