UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA   :
                           :        CRIMINAL NO. 09-190(KSH)
                           :
        v.                 :             AMENDED
                                    CONSENT ORDER FOR
                           :           CONTINUANCE
                           :
AlEX NEPTUNE               :


This matter having come before the Court on the joint application of Alex Neptune, defendant in the captioned matter by his attorney, Lorraine Gauli-Rufo, Esq., Assistant Federal Public Defender, and Michael H. Robertson, Assistant United States Attorney, for an order granting a stay and continuance in the above-captioned proceedings through February 16,2010, and the defendant being aware that he has the right to have the matter submitted to a jury for trial within seventy days of the date of his indictment pursuant to Title 18 of the United States Code, Section 3161(c ) and it appearing that the defendant waives such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued until February 16, 2010, and that defense pretrial motions shall be filed on that date; that the Government's reply shall be due on March 2, 2010, and the motions shall be returnable on March 22, 2010 at 2:00 p.m., and the trial is scheduled to begin April 6, 2010 at 9:00 a.m.

WHEREFORE, it is on this 26th day of January,  2010,

ORDERED that the proceedings scheduled in the above-captioned matter be continued

through February 16, 2010, and

       IT IS FURTHER ORDERED that the period through and until February 16, 2010, shall

be excluded in computing time under the Speedy Trial Act of 1974.


/s/ Katharine S. Hayden

-------------------------------------------------------
HONORABLE KATHARINE S. HAYDEN
United States District Judge