UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :
                               :    CRIMINAL NO. 09-190(KSH)
                               :
v.                             :    Bail Modification Order
                               :
ALEX NEPTUNE                   :

This matter having come before the Court on the joint application of Alex Neptune, defendant in the captioned matter by his attorney, Lorraine Gauli-Rufo, Esq., Assistant Federal Public Defender, for an order permitting Mr. Neptune to travel to Florida in May for a family reunion, and Michael H. Robertson, Assistant United States Attorney, being present, and after argument, and for good cause,

IT IS HEREBY ORDERED *nunc pro tunc* ON this day, ~~May~~ June 2, 2010, that Mr. Neptune shall be permitted to travel to West Palm Beach, Florida, on a Continental flight out of Newark airport, arriving in Miami, Florida on May 27, 2009; that he shall remain in West Palm Beach Florida for the duration of his stay; that he shall call pretrial services from the home of his relative that he stays with once he arrives; that he shall return to Newark on a flight from Miami, Florida on June 1, 2010; and, that he shall call Pretrial Services immediately when he is back in New Jersey on June 1, 2010.

IT IS FURTHER ORDERED that all other conditions of bail set in this matter shall remain in full force and effect.

*/s/ KS Hayden*
-----------------------------------------
HONORABLE KATHARINE S. HAYDEN
United States District Judge